IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02143-WDM-KMT

UNISCOPE, INC.,

    Plaintiff,

v.

TEMBEC BTLSR, INC., a Delaware corporation,
TEMBEC INC., a Canadian corporation,
TEMBEC INDUSTRIES, INC., a Canadian corporation,
TEMBEC ENTERPRISES, INC., a Canadian corporation,
TEMBEC CHEMICAL GROUP, a Canadian corporation, and
TEMBEC RESIN GROUP, a Canadian corporation,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Stipulated Motion for Protective Order" (#31, filed March 13, 2008) is GRANTED. The Protective Order will be entered.

Dated: March 14, 2008