IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02143-WDM-KMT

UNISCOPE, INC.,

    Plaintiff,

v.

TEMBEC BTLSR, INC., a Delaware corporation,
TEMBEC INC., a Canadian corporation,
TEMBEC INDUSTRIES, INC., a Canadian corporation,
TEMBEC ENTERPRISES, INC., a Canadian corporation,
TEMBEC CHEMICAL GROUP, a Canadian corporation, and
TEMBEC RESIN GROUP, a Canadian corporation,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Stipulated Motion to Adjourn Settlement Conference" (#36, filed March 18, 2008) is GRANTED. The Settlement Conference set for May 8, 2008 is VACATED and reset for **June 11, 2008 at 10:00 a.m.**

Dated: March 20, 2008