IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02143-WDM-KMT

UNISCOPE, INC.,

    Plaintiff,

v.

TEMBEC BTLSR, INC., a Delaware corporation,
TEMBEC INC., a Canadian corporation,
TEMBEC INDUSTRIES, INC., a Canadian corporation,
TEMBEC ENTERPRISES, INC., a Canadian corporation,
TEMBEC CHEMICAL GROUP, a Canadian corporation, and
TEMBEC RESIN GROUP, a Canadian corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Cargill Entities' "Amended Unopposed Motion to Intervene by the Cargill Entities" (#56, filed June 16, 2008) is **GRANTED**. As of the date of this minute order, the Clerk of the Court is instructed to accept for filing the "Third-Party Plaintiffs' Proposed Complaint and Jury Demand" attached as Exhibit A to the motion [Doc. No. 56-2].

Dated: June 30, 2008