IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02143-WDM-KMT

UNISCOPE, INC.,

    Plaintiff,

v.

TEMBEC BTLSR, INC.,
TEMBEC, INC.
TEMBEC INDUSTRIES, INC.,
TEMBEC ENTERPRISES, INC.,
TEMBEC CHEMICAL GROUP,
TEMBEX RESIN GROUP,

    Defendants.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The defendants' motion to withdraw Tembec Canada's Motion to Strike is granted; the motion is withdrawn.

Dated: August 28, 2008

                                            s/ Jane Trexler, Judicial Assistant