IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02143-WDM-KMT

UNISCOPE, INC.,

    Plaintiff,

v.

TEMBEC BTLSR, INC., a Delaware corporation,
TEMBEC INC., a Canadian corporation,
TEMBEC INDUSTRIES, INC., a Canadian corporation,
TEMBEC ENTERPRISES, INC., a Canadian corporation,
TEMBEC CHEMICAL GROUP, a Canadian corporation, and
TEMBEC RESIN GROUP, a Canadian corporation,

    Defendants.

and

CARGILL, INCORPORATED, a Delaware corporation
CARGILL LIMITED, a Canadian corporation
TIP TOP INDUSTRIAL S.A., a Nicaraguan corporation
CARGILL NUTRICAO ANIMAL LTD, a Brazilian limited liability company
CARGILL sdn bhd, a Malaysian corporation
ALIMENTOS CONCENTRADOS NACIONALES S de RL, (Alcon S de RL) a Honduran limited liability company
CARGILL FEED sdn bhd, a Malaysian corporation

    Intervenor-Third-Party Plaintiffs,

v.

TEMBEC BTLSR, INC., a Delaware corporation
TEMBEC, INC.,
TEMBEC INDUSTRIES, INC., a Canadian corporation
TEMBEC ENTERPRISES, INC., a Canadian corporation
TEMBEC CHEMICAL GROUP, a Canadian corporation
TEMBEC RESIN GROUP, a Canadian corporation
UNISCOPE, INC., a Colorado corporation

    Third-Party Defendants.

and

TEMBEC BTLSR, INC., a Delaware corporation

    Cross Claimant

v.

UNISCOPE, INC., a Colorado corporation

    Cross Defendant.

# ORDER

This matter having come before the Court on the "Stipulated Motion to Amend Protective Order" [Doc. No. 96, filed August 28, 2008], and for good cause shown therein, the Court hereby GRANTS the Stipulated Motion to Amend Protective Order as follows:

    1. The "parties" to this action, as defined in ¶ 1 of the Protective Order, shall include Cargill, Incorporated, Cargill Limited, Agribrands Purina Mexico SA de CV, Tip Top Industrial SA, Alimentos Concentrados Nacionales S de RL (Alcon S de RL), Agribrands Purina Peru SA, Cargill Nutricao Animal Ltda, Cargill Feed sdn bhd, and Cargill sdn bhd (collectively, the "Cargill Entities").

    2. The term "Confidential Information" as defined in ¶ 2 of the Protective Order, shall include information that is disclosed by Tembec and/or Uniscope and/or the Cargill entities to each other in the course of this action, which information is deemed in good faith

by the disclosing party to be confidential or proprietary and which has been designated as "Confidential" or "Attorneys' Eyes Only" as directed in the Protective Order.

Dated this 3rd day of September, 2008

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge