IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02143-WDM-KMT

UNISCOPE, INC., a Colorado corporation,

    Plaintiff,

v.

TEMBEC BTLSR, INC., a Delaware corporation, et al.,

    Defendants.

v.

CARGILL, INC., a Delaware corporation, et al.,

    Third Party Plaintiffs

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

This matter is before me on the stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) (doc no 130) filed by the parties. I take judicial notice that all claims are dismissed with prejudice, each party her or his own attorneys' fees and costs.

DATED at Denver, Colorado, on March 13, 2009.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL